Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Arlena V. Carrozzi, SBN 250116
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415 352 2700
Facsimile: 415 352 2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com
E-Mail: arlena.carrozzi@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>WOOD VALLEY CONCRETE, INC., a California corporation; and JOSE ANTONIO FIGUEROA,<br><br>Defendants. | Case No.: C 12-02388 DMR<br><br>[PROPOSED] ORDER PURSUANT TO 11 U.S.C. 362(A) |
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C 12-02389 DMR<br><br>[PROPOSED] ORDER PURSUANT TO 11 U.S.C. 362(A) |

– 1 –
[PROPOSED] ORDER OF AUTOMATIC STAY AS TO DEFENDANT WOODVALLEY CONCRETE, INC.

| | |
|---|---|
| 1 | Plaintiffs, |
| 2 | vs. |
| 3 | WOOD VALLEY CONCRETE, INC., a California corporation; and JOSE ANTONIO |
| 4 | FIGUEROA, an individual, |
| 5 | Defendants. |
| 6 | |

Plaintiffs Board of Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Board of Trustees of the Cement Masons Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Cement Masons Pension Trust Fund for Northern California and Board of Trustees of the Cement Masons Training Trust Fund for Northern California ("Cement Masons Trust Funds") and Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds") having notified this Court that on June 15, 2012, Wood Valley Concrete, Inc. filed its Petition for Bankruptcy, Ch. 7, in the United States Bankruptcy Court, Eastern District of California, Case No. 12-31867-H-7:

IT IS HEREBY ORDERED that this action is stayed as to Defendant Wood Valley Concrete, Inc. pursuant to 11 U.S.C. § 362(a) but is not stayed as to any other party. All deadlines presently set shall remain set as to all parties other than Wood Valley Concrete, Inc.

DATED: July __6__, 2012

By _____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*[SO ORDERED / signature stamp: Judge Donna M. Ryu, United States District Court, Northern District of California]*

13815586.1

– 2 –
[PROPOSED] ORDER OF AUTOMATIC STAY AS TO DEFENDANT WOODVALLEY CONCRETE, INC.