United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiff(s),<br><br>  v.<br><br>WOOD VALLEY CONCRETE INC,<br><br>    Defendant(s).<br>_____/ | No. C 12-02389 (DMR)<br><br>**ORDER CONTINUING HEARING DATE ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of Plaintiffs' motion for default judgment. Please be advised that the previously-noticed hearing date of December 20, 2012 has been vacated, as the motion was improperly filed and noticed for less than 35 days before hearing, in violation of N.D. Cal. Civ. L.R. 7-2(a). You are hereby notified that the hearing on the motion for default judgment is set for January 10, 2013 at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

Upon receipt of this order, Plaintiffs shall serve a copy upon Defendants and file proof of service with the Court.

IT IS SO ORDERED.

Dated: November 29, 2012



_____
DONNA M. RYU
United States Magistrate Judge

2